IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CASEY D. SANDERS**                                                                                           **PLAINTIFF**

v.                                          Case No. 3:24-cv-00232-LPR

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 15). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 15th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court makes one small point of clarification. On page 5, the RD states that "[a] note from Sanders's provider in May 2023 stated that Sanders 'cannot work because caregiving requires 24/7 supervision.' (Tr. at 417)." The note described, however, is dated December 7, 2021—not May 2023. That said, the evidentiary record does contain a May 2023 medical record that essentially says the same thing. (Tr. at 475).